PER CURIAM.
We initially accepted jurisdiction to review the decision of the Second District Court of Appeal in Stang v. State, 24 So.3d 566 (Fla. 2d DCA 2009), pursuant to article V, section 3(b)(3) of the Florida Constitution. After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.
It is so ordered.
PARIENTE, LEWIS, QUINCE, POLSTON, and LABARGA, JJ., concur.
LEWIS, J., concurs with an opinion.
CANADY, C.J., dissents.
PERRY, J., dissents with an opinion.